FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **1 : 2 6 CR 0 0 1 8 9** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| CURTIS D. BELL, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |
| | ) | |
| | ) | **JUDGE GAUGHAN** |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about December 19, 2025, in the Northern District of Ohio, Eastern Division, Defendant CURTIS D. BELL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Attempted Aggravated Burglary, on or about June 11, 2019, in Case Number CR-18-627960, in Cuyahoga County Court of Common Pleas; Attempted Assault on or about May 5, 2021, in Case Number 2020CR00481, in Ashtabula County Court of Common Pleas; and Drug Trafficking, on or about December 19, 2013, in Case Number CR-13-578287, in Cuyahoga County Court of Common Pleas, knowingly possessed ammunition, to wit:  ten (10) rounds of .40mm Federal ammunition said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant CURTIS D. BELL shall forfeit to the United States all ammunition involved or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: ten (10) rounds of .40mm Federal ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2